# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SATVIEW BROADBAND, LTD., | 3:05-CV-0006-BES-VPC |
| Plaintiff, | |
| vs. | **ORDER** |
| THOMAS KURIEN, et al., | |
| Defendants. | |

At the status hearing on May 8, 2006, this Court denied the motion for admission to practice submitted by Terry Spencer, Esq., and directed that the one hundred and seventy-five ($175.00) filing fee be returned to the paying party.

The Clerk of the Court shall ensure that the filing fee be returned to the appropriate person.

IT IS SO ORDERED.
DATED: May 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE